UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

SEP 12 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff - Appellee,<br><br>  v.<br><br>JOHN HOLCOMB,<br><br>             Defendant - Appellant. | No. 23-469<br><br>D.C. No.<br>2:21-cr-00075-RSL-1<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: GRABER and SUNG, Circuit Judges, and RAKOFF, District Judge.[*]

Within seven days of the date of this order, the government shall transmit, under seal, three electronic copies of the video described on pages 142–43 of the Excerpts of Record, as well as any additional video pertinent to the incident.

The video(s) shall be transmitted to the court in encrypted and/or password-protected digital format on three separate thumb drives or disks. The password or encryption key shall be emailed separately to the Clerk of the Court. The exhibit shall not be served on the Defendant but shall be made available to Defendant's counsel upon request.

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.