UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JOHN HOLCOMB, <br><br> Defendant-Appellant. | 9th Cir. No. 23-469 <br><br> USDC No. 2:21-cr-00075-RSL-1 <br> Western District of Washington <br> (Seattle) <br><br> SUPPLEMENTAL RECITATIONS IN SUPPORT OF MOTION TO RECONSIDER NONDISPOSITIVE ORDER |

John Holcomb, through counsel, respectfully submits this supplemental recitation of facts in support of his Motion to Reconsider Nondispositive Order (dkt. 70.1).

Pursuant to Circuit Rule 27-8.1, counsel for Mr. Holcomb confirms he is in the custody of the Attorney General.

Pursuant to Circuit Rule 27-1(5), counsel for Mr. Holcomb advises the Court that he was unable to reach government counsel today, before or after filing the motion, by email or telephone, to determine the government's position on Mr. Holcomb's motion. However, on September 12, 2025, Mr. Holcomb's counsel

1

inquired of government counsel how it planned to respond to the Court's order and was advised that the government did not yet know how or when it would respond.

DATED this 15th day of September 2025.

                                        Respectfully submitted,

                                        s/ *Colin Fieman*
                                        s/ *Alan Zarky*
                                          s/ *Gregory Geist*
                                          Attorneys for John Holcomb