UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>JOHN HOLCOMB,<br><br>    Defendant - Appellant. | No. 23-469<br><br>D.C. No.<br>2:21-cr-00075-RSL-1<br>Western District of Washington, Seattle<br><br>ORDER |

Before: GRABER and SUNG, Circuit Judges, and RAKOFF, District Judge.*

Appellant's motion to reconsider, Docket No. 70, is GRANTED.

The Order filed on September 12, 2025, Docket No. 69, is VACATED.

---

    * The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.