**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| |
|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JOHN HOLCOMB,<br><br>Defendant-Appellant. |

No. 23-469
D.C. No. 2:21-cr-00075-RSL
Western District of Washington

**UNITED STATES' MOTION**
**FOR 60-DAY EXTENSION OF TIME TO FILE PETITION**
**FOR REHEARING OR REHEARING EN BANC**

In a published opinion issued on July 17, 2026, a divided panel of this Court reversed the district court's order denying Defendant-Appellant John Holcomb's suppression motion. The United States is evaluating whether to petition for rehearing or rehearing en banc. Under Federal Rule of Appellate Procedure 40(d)(1), the default filing deadline is July 31, 2026.

The United States moves the Court to extend that filing deadline by 60 days to September 29, 2026. Good cause exists for the extension. This appeal involves complex issues of exceptional importance. It

divided the panel. And the majority's opinion has serious implications for this case and others.

Undersigned counsel needs time to determine whether the United States will petition for rehearing or rehearing en banc and to obtain the required authorizations. As I am not the attorney who handled the appeal—those attorneys have left the United States Attorney's Office—it will take me some time to familiarize myself with the relevant record. Also, obtaining the required authorizations involves coordinating and consulting with officials in Washington, D.C., and I have been informed that staffing and scheduling issues in the Criminal Division and Solicitor General's Office will likely make obtaining those approvals more time consuming than is ordinarily the case. Given these circumstances, government counsel cannot complete the approval process and write a rehearing petition by July 31.

Holcomb, through counsel Alan Zarky, opposes any extension exceeding 35 days.

Holcomb is currently serving the 20-year prison sentence imposed by the district court. His projected release date is October 29, 2039.

WHEREFORE, for all the reasons discussed, the United States respectfully requests that the Court extend the petition deadline by 60 days to September 29, 2026.

DATED this 24th day of July, 2026.

Respectfully submitted,

s/Michael S. Morgan
MICHAEL S. MORGAN
Assistant United States Attorney
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101