# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br>v.<br>JOHN HOLCOMB,<br>Defendant-Appellant. | No. 23-469<br>D.C. No. 2:21-cr-00075-RSL<br>Western District of Washington |

## UNITED STATES' UNOPPOSED MOTION FOR A FINAL 14-DAY EXTENSION OF TIME TO FILE A PETITION FOR REHEARING OR REHEARING EN BANC

On July 17, 2026, a divided panel of this Court reversed the district court's order denying Defendant-Appellant John Holcomb's suppression motion. The United States is evaluating whether to petition the Court for rehearing or rehearing en banc. The Court previously granted the government's motion for a 60-day extension of the deadline for filing such a petition. Dkt-80. That deadline is currently September 29, 2026. The government respectfully requests that it be afforded an additional 14 days—until October 13, 2026—to file any petition for rehearing or rehearing en banc. This will be the last extension sought by the United States.

As the divided panel opinion makes clear, this appeal presents complex issues of exceptional importance. But before the government can petition for rehearing en banc, the Solicitor General must authorize that petition. 28 C.F.R. §0.20(b). That approval process is well underway, and the Solicitor General's Office is presently evaluating whether to seek further review from this Court en banc. However, that office is small (less than 25 attorneys), and given the press of business and the imminent commencement of the October 2026 Supreme Court term, the Solicitor General has not had sufficient time to decide whether a petition for rehearing en banc is warranted in this case. The United States therefore requests that it be granted a final 14-day extension for the Solicitor General to make that determination.

Holcomb, through counsel Alan Zarky, does not oppose this 14-day extension.

Holcomb is currently serving the 20-year prison sentence imposed by the district court. His projected release date is October 29, 2039.

WHEREFORE, the United States respectfully requests that the Court extend the petition deadline by 14 days to October 13, 2026.

DATED this 16th day of September, 2026.

Respectfully submitted,

s/Michael S. Morgan
MICHAEL S. MORGAN
Assistant United States Attorney
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101