IN THE
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-469 |
| Plaintiff-Appellee, | |
| v. | USDC No. 2:21-CR-00075-RSL-1 Western District of Washington (Seattle) |
| JOHN HOLCOMB, | |
| Defendant-Appellant. | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO UNITED STATES' PETITION FOR EN BANC REVIEW OR, ALTERNATIVELY, PANEL REHEARING**

Alan Zarky, counsel for Appellant John Holcomb, respectfully requests a 45-day extension of time, to December 19, 2026, to file a response to the government's petition for en banc review or, alternatively, panel rehearing.

This Court issued its opinion on July 17, 2026. Dkt. 76.1. The government sought and received two extensions of time to file its petition, totaling 74 days. Dkts. 79.1, 80.1, 87.1. After the government filed its petition on October 14, 2026,

Dkt. 89.1, this Court, on October 14, 2026, directed Mr. Holcomb to file his response within 21 days, making that response due November 4, 2026. Dkt. 90.1.

Mr. Holcomb is incarcerated with a projected release date of October 19, 2039. No prior motions have been made for an extension of time to file this response. AUSA Michael Morgan has stated that the government has no opposition to this motion, which is made for the following reasons.

Colin Fieman, who was the previous lead attorney in this case, has left the Federal Public Defender, and I am now lead attorney for this appeal. I am currently working on an opening brief before this Court in *United States v. King*, No. 26-3427, which is due November 6, 2026. One of my other primary responsibilities is assisting other attorneys, and filing my own cases, in 28 U.S.C. § 2241 habeas petitions. I have recently returned from extended leave, and there is a significant backlog of such cases.

My other primary role is to assist attorneys with briefs, motions, and research and writing matters and, in this area, too, there is a backlog of cases needing my attention as a result of my leave. I will be receiving some assistance from First Assistant Dennis Carroll, but he is new to the case and needs some time getting up to speed; he also is planning on taking two weeks' leave in November. For these reasons, I do not believe it is possible to complete the response by the current due date or until the requested date.

Therefore, I request that the Court grant an extension to December 19, 2026, to file the response. I will exercise diligence and file by the requested date.

DATED this 16th day of October 2026.

Respectfully submitted,

s/ *Alan Zarky*
Attorney for John Holcomb